UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry J. Miller<br><br>            Plaintiff,<br><br>v.<br><br>Lowe's Home Centers, LLC; David Berlin; and DOES 1 to 20<br><br>            Defendants. | Case No.: 2:21-CV-02308-KJM-CKD<br>[*Solano County Superior Court Case No.: FCS057040*]<br><br>[Assigned to Hon. Kimberly J. Mueller, District Judge; Hon. Carolyn K. Delaney, Magistrate Judge]<br><br>**ORDER ON JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed:  August 27, 2021 |

**GOOD CAUSE APPEARING,** and the parties hereto having stipulated, it is hereby ORDERED that the parties shall file dispositional documents no later than April 7, 2023.

IT IS SO ORDERED,

DATED:  March 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -

**ORDER ON JOINT STATUS REPORT RE SETTLEMENT**